BEFORE THE FIRST DIVISION, SEPTEMBER 18, 1961

**No. 66069.**—I. B. Cohen & Sons Corp. *v.* United States, protest 61/1651 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiff was sustained.